# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0121
_____

MICHELLE MAUPIN,

Appellant,

v.

MANNY DIAZ, JR., Commissioner,
Florida Department of
Education,

Appellee.

_____

On appeal from the Education Practices Commission.
Aadil Ameerally, Presiding Officer.

April 2, 2026

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michelle Maupin, pro se, for Appellant.

W. David Chappell, General Counsel, and Bonnie Wilmot, Deputy General Counsel, Florida Department of Education, Tallahassee, for Appellee.